```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
FAOUZI JABER,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :         ORDER
              - against -                                   :
                                                            :         24-cv-00998 (ER)
CHRISTINA HANLEY,                                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------x
```

RAMOS, D.J.:

Jaber, who appears *pro se*, filed the instant action against Hanley on February 7, 2024, alleging that when Jaber was extradited to the United States following his arrest in the Czech Republic, Hanley took possession of and unlawfully converted Jaber's personal property. Doc. 1 at 5.

On September 17, 2024, Hanley moved to dismiss the action. Doc. 20. On November 1, 2024, Jaber moved to amend the complaint and also responded to Hanley's motion to dismiss. Docs. 26, 25. In a letter on December 4, 2024, Hanley stated that she does not oppose Jaber's motion to amend the complaint. Doc. 27. Hanley also requested an extension of the deadline to file her reply to the motion to dismiss or, should the Court grant Jaber's motion to amend, to respond to the amended complaint. Doc. 27.

The Court hereby GRANTS Jaber's motion to amend the complaint. Because this case will proceed pursuant to Jaber's amended complaint, Hanley's motion to dismiss Jaber's original complaint is hereby DISMISSED as moot.

  Jaber is directed to file the amended complaint by **January 10, 2025**.  Hanley is directed to file either an answer or a motion to dismiss the amended complaint by **February 10, 2025**.  Should Hanley move to dismiss the amended complaint, Jaber is directed to respond to the motion to dismiss by **March 3, 2025**, and Hanley is directed to reply by **March 10, 2025**.

  The Clerk of the Court is respectfully directed to terminate the motion to dismiss, Doc. 20.

  SO ORDERED.

Dated: December 5, 2024
    New York, New York

                        _____
                         Edgardo Ramos, U.S.D.J.