UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAOUZI JABER,

                Plaintiff,

        – *against* –

CHRISTINA HANLEY,

                Defendant.

**ORDER**

24 Civ. 998 (ER)

RAMOS, D.J.:

On December 5, 2024, the Court directed Hanley to answer or otherwise move with respect to Jaber's amended complaint by February 10, 2025, and it issued a briefing schedule for Hanley's motion to dismiss, should she choose to so move.  Doc. 28.  On February 7, 2025, the Court granted an extension of the deadline for Hanley to respond to Jaber's amended complaint, to February 24, 2025.  Doc. 31.

On February 24, 2025, Hanley filed a motion to dismiss Jaber's amended complaint.  Doc. 32.  Accordingly, the briefing schedule set out in the Court's previous order, Doc. 28, is vacated.  Jaber is directed to respond to the motion to dismiss by **March 17, 2025**.  Hanley is directed to reply by **March 24, 2025**.

It is SO ORDERED.

Dated:    February 26, 2025
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.