**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FAOUZI JABER,

                Plaintiff,

  -against-                                      24 **CIVIL** 00998 (ER)

                                                            **JUDGMENT**

CHRISTINA HANLEY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 11, 2025, Hanley's motion to dismiss is GRANTED. In addition, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal of this Order would not be taken in good faith and therefore denies in forma pauperis status for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 44445 (1962). Accordingly, the case is closed.

**Dated:** New York, New York

       June 11, 2025

                                                                **TAMMI M. HELLWIG**

                                                                   **Clerk of Court**

                          **BY:**

                                                                 **Deputy Clerk**