UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAOUZI JABER,

               Plaintiff,

– against –

CHRISTINA HANLEY,

               Defendant.

**ORDER**

24 Civ. 998 (ER)

RAMOS, D.J.:

    On June 11, 2025, the Court issued an Opinion and Order granting Hanley's motion to dismiss and denying *in forma pauperis* status to Mr. Jaber for the purposes of an appeal. Doc. 44.

    On July 10, 2025, Mr. Jaber filed a request for an extension of time to file a notice of appeal in this action. Doc. 46. Although Mr. Jaber states that he would like to appeal a judgment entered on July 31, 2025, the Court infers that Mr. Jaber seeks to appeal the judgment entered on June 11, 2025.

    Mr. Jaber's request is granted. Jaber is directed to file any notice of appeal by September 15, 2025.

It is SO ORDERED.

Dated:   July 16, 2025
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.